IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**MISTY TAYLOR**                                                                                           **PLAINTIFF**

**v.**                                                        **CIVIL ACTION NO. 2:17-CV-20-KS-MTP**

**DOLGENCORP, LLC**                                                                                **DEFENDANT**

### ORDER

On January 9, 2017, Plaintiff filed a Motion to Remand [2]. Defendant shall respond on or before **February 23, 2017**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a). If Plaintiff wants to reply, she must do so within seven days of the filing of Defendant's response, but no later than **March 2, 2017**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a).

If any party wants an extension of time, it must file a motion prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Plaintiff's original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Defendant's response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If any party wants to file extra pages, they must seek leave to do so.

SO ORDERED AND ADJUDGED this   10th   day of February, 2017.

      s/ Keith Starrett
UNITED STATES DISTRICT COURT