IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**MISTY TAYLOR**                                                                              **PLAINTIFF**

**v.**                                                  **CIVIL ACTION NO. 2:17-CV-20-KS-MTP**

**DOLGENCORP, LLC**                                                                    **DEFENDANT**

### ORDER

In her reply brief [7], Plaintiff withdrew her Motion to Remand [2]. Therefore, the motion is **denied as moot**.

SO ORDERED AND ADJUDGED this ___1st___ day of March, 2017.

                                                                        s/ Keith Starrett
                                                                        UNITED STATES DISTRICT JUDGE